FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 24 2005 ★

P.M.
TIME

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THEODORE KING and GARY LA BARBERA,
as Trustees of Local 282 International Brotherhood
of Teamsters Welfare, Pension, Annuity, Job
Training and Vacation Sick Leave Trust Funds,

                          Plaintiffs,         05 CV 2719 (SJ)

    - against -                        **ORDER**

STL CONSULTING, LLC,

                          Defendant.
-----------------------------------------------------------------X

A P P E A R A N C E S:

Avram H. Schreiber
40 Exchange Place, Suite 1300
New York, NY 10005
Attorney for Plaintiff

JOHNSON, Senior District Judge:

    The Summons and Complaint in this action having been duly served on the above-named Defendant STL Consulting, LLC ("Defendant") and Defendant having failed to plead or otherwise defend in this action, and the default of Defendant having been duly noted, and upon the certification of Defendant's default by the Clerk of the Court, now on motion of Plaintiffs, it is hereby:

    ORDERED, ADJUDGED and DECREED that judgment be entered in favor of Plaintiffs and against Defendant STL Consulting in this action; and,

P-049

ORDERED that this matter be referred to Magistrate Judge Kiyo A. Matsumoto to report and recommend appropriate relief, including, but not limited to, the amount of damages to be awarded to Plaintiffs, plus Attorneys' fees and costs, as well as all other relief as demanded in Plaintiffs' Complaint.

SO ORDERED.

Dated: October 18, 2005
       Brooklyn, NY

                                    s/SJ
                                 Senior U.S.D.J.