UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
THEODORE KING and GARY LA BARBERA,
as Trustees of Local 282 International Brotherhood
of Teamsters Welfare, Pension, Annuity, Job
Training and Vacation Sick Leave Trust Funds,

                              Plaintiffs,              05 CV 2719 (SJ)

    - against -                                         **ORDER**

STL CONSULTING, LLC,

                              Defendant.
----------------------------------------------------------------X

A P P E A R A N C E S:

Avram H. Schreiber
40 Exchange Place, Suite 1300
New York, NY 10005
Attorney for Plaintiff

JOHNSON, Senior District Judge:

      Before the Court is a Report and Recommendation (the "Report"), prepared by Magistrate Judge Kiyo A. Matsumoto. Judge Matsumoto filed the Report on August 29, 2006, and provided the parties with the requisite amount of time to file any objections. According to the docket, Plaintiffs served Defendants with a copy of the Report on August 30, 2006. No objections have been filed.

      A district court judge may designate a magistrate judge to hear and determine certain motions pending before the Court and to submit to the Court proposed findings of fact and a recommendation as to the disposition of the motion. See 28 U.S.C. §

636(b)(1). Within 10 days of service of the recommendation, any party may file written objections to the magistrate's report. Id. Upon *de novo* review of those portions of the record to which objections were made, the district court judge may affirm or reject the recommendations. Id. The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the report and recommendation to which no objections are addressed. See Thomas v. Arn, 474 U.S. 140, 150 (1985).

As mentioned, no objections were filed within the allotted time period. Upon review, the Court adopts and affirms the Report. The Clerk of the Court shall enter judgment in favor of Plaintiffs in the amount of $7,293.00 in unpaid contributions, $985.05 in interest on the unpaid contributions, $985.05 in liquidated damages, $3,062.15 in attorneys' fees, and $418.05 in costs, for a total award of $12,743.30. Furthermore, Plaintiffs' request for a permanent injunction is denied.

The Clerk of the Court is directed to close the case.


SO ORDERED.

Dated: October 2, 2006 _____/s/_____
      Brooklyn, NY                 STERLING JOHNSON, JR.
                                    Senior United States District Judge